STATE OF LOUISIANA

VERSUS

DONALD E. BICKHAM

NO. 22-KH-492

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 28, 2022

Linda Wiseman

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and Robert A. Chaisson

### REHEARING DENIED

**SMC**
**MEJ**
**RAC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**CHEHARDY, C.J.**

Relator filed a "Motion and Order for Rehearing" of this Court's November 2, 2022 denial of his writ application number 22-KH-492. Pursuant to the Uniform Rules – Courts of Appeal (URCA), Rule 4-9, "Rules 2-18.1 through 2-18.7 apply to requests for rehearings related to writ applications." URCA Rule 2-18.7 further provides:

> **2-18.7. When Rehearing Will Be Considered**
>
> An application for rehearing will be considered in cases where the court has:
>
> > (A) Granted a writ application on the merits;
> > (B) Dismissed an appeal; or
> > (C) Ruled on the merits of an appeal.

Because relator's writ application was denied, he is not entitled to a rehearing under UCRA 2-18.7. Accordingly, relator's application for rehearing is denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/28/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-KH-492**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Donald E. Bickham #235946 (Relator)
Franklin Parish Detention Center
388 Nature Acres Road
Winnsboro, LA 71295